# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET WILLETT,<br><br>                     Plaintiff,<br><br>vs.<br><br>ALEX PROCOPIO, et. al.,<br><br>                    Defendants. | CASE NO. 17cv2144-LAB (JMA)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS** |

Margaret Willett asks to proceed in forma pauperis to commence an action for securities fraud. Litigants may commence an action without prepayment of fees when their claim isn't frivolous and they make a showing that they're unable to pay. 28 U.S.C. § 1915; CivLR 3.2. Willet's claim doesn't appear frivolous, but she hasn't shown an inability to pay the filing fee: she's making $7,000 a month with about $3,000 in expenses. *See Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963). Willet must pay the $400 filing fee by December 1, 2017. If she doesn't, the clerk shall dismiss this action without prejudice.

**IT IS SO ORDERED**.

Dated: November 2, 2017

**HONORABLE LARRY ALAN BURNS**
United States District Judge