# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET WILLETT,<br><br>                  Plaintiff,<br><br>vs.<br><br>ALEX PROCOPIO, et al.,<br><br>                  Defendants. | CASE NO. 17cv2144-LAB (JMA)<br><br>**ORDER: (1) DENYING MOTION TO SEAL; AND (2) DENYING MOTION FOR TRO, RECEIVER, AND ASSET FREEZE** |

Margaret Willett sued Cuba Beverage Company's executives and attorneys for securities fraud after she invested $150,000 in stock she says is now worthless. Willet alleges that the Defendants engaged in a pump-and-dump scheme: pumping up Cuba Beverage's stock price by paying penny stock reviewers to make misleading statements to encourage investment, then dumping their shares once the stock reached a certain price. Two defendants filed a motion to dismiss, one answered, and the other hasn't appeared or responded. Willet filed an ex parte motion to seal her filings requesting a TRO, an asset freeze, and appointment of a temporary receiver.

Willet's argument for sealing turns on the same reason for requesting ex parte relief: "If Defendants become aware of this enforcement action . . . there is a substantial risk that Defendants will conceal or dissipate assets or destroy documents, frustrating the Court's ability to provide restitution to the victims of Defendant's unlawful investment scheme." (Motion to Seal at 2.) But Willet publicly filed this action over three months ago, so her notice

- 1 -

concern doesn't make sense. More to the point: she's offered no evidence that Defendants are likely to conceal assets or destroy evidence. The Federal Rules of Civil Procedure provide sanctions for that conduct. Willet hasn't demonstrated why the Rules aren't a sufficient deterrent. In short, she hasn't met her burden to show good cause for sealing, and she hasn't offered any specific facts clearly showing immediate and irreparable damage requires issuing a TRO or any of the other relief she seeks. Fed. R. Civ. P. 65(b); *see In re Midland Nat. Life Ins. Co. Annuity Sales Practices Litig.*, 686 F.3d 1115 (9th Cir. 2012).

Willet's ex parte requests to seal the record, issue a TRO, appoint a receiver, and freeze assets are denied. Her request to file documents without complying with the Court's Standing Order is moot.

**IT IS SO ORDERED**.

Dated: January 25, 2018

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge