# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MARGARET WILLETT, Plaintiff, vs. ALEX PROCOPIO, et al., Defendants. | CASE NO. 17cv2144-LAB (JMA)<br><br>**ORDER DENYING EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |
|---|---|

For the second time in three months Margaret Willet asks this Court to prioritize her case over all others and take emergency action to enjoin Alex Procopio. Willet requests an order restraining Procopio (who hasn't appeared) from selling any securities and freezing his assets. She maintains this extraordinary relief is warranted because Procopio is selling Cuba Beverage Company—the underlying entity at issue in this securities case—to stymie Willet's efforts to collect before the Court rules on her motion for default judgment. The Court disagrees for two reasons.

First, Willet failed to establish she's likely to succeed on the merits. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). Although a motion for default judgment is pending, that doesn't mean she's likely to win. The Court must still evaluate the merits of her claim, and the sufficiency of her complaint. And at this point, it appears unlikely Willet has stated a claim that entitles her to a default judgment.

/ / /

Second, Willet failed to show she faces irreparable harm. *Id.* She argues that if Cuba Beverage is bought-out, the company's assets "will be transferred overseas to a phantom company and impossible to attach," and any proceeds will be "concealed by Defendant in an off shore account in the country of Cuba and equally impossible to attach." That's mere speculation. And she didn't even attach the article she premised her argument on. Willet hasn't provided "specific facts" that "clearly show" she faces immediate injury entitling her to emergency relief. Fed. R. Civ. P. 65(b).

The motion is denied. [Dkt. 38.]

**IT IS SO ORDERED**.

Dated: May 1, 2018

HONORABLE LARRY ALAN BURNS
United States District Judge