# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MARGARET WILLETT, | CASE NO. 17cv2144-LAB (JMA) |
|---|---|
| Plaintiff, | **ORDER ON APPLICATION FOR ENTRY OF DEFAULT [Dkt. 51]** |
| vs. | |
| ALEX PROCOPIO, et al., | |
| Defendants. | |

This Court previously denied Plaintiff Margaret Willett's request for an entry of default against Defendant Alex Procopio, finding that service of her First Amended Complaint on "L. Hunter, Security Guard" was insufficient. Dkt. 48. Willett has now filed an amended declaration of service and again requests entry of default. Dkt. 51. While her application still doesn't answer the questions the Court posed in its Order, after review, the Court finds that service was proper. In the proof of service for Willett's *original* complaint, the process server noted: "Security Guard [Larry Hunter] denied access, to Alex Procopio's front door, sub-served Security Guard [sic]." *See* Dkt. 15. This explains who "L. Hunter" is, and the Court finds that service of Procopio via Hunter satisfies the requirements of Rule 4(e)(2)(b). The clerk is directed to enter default against Procopio as to Willett's First Amended Complaint.

**IT IS SO ORDERED**.

Dated: November 7, 2018

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -