# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET WILLETT,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ALEX PROCOPIO, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 17cv2144-LAB (JMA)<br><br>**ORDER OF DISMISSAL** |

On February 4, 2019, the Court denied Plaintiff Margaret Willett's Motion for Default Judgment, dismissed her federal claim with prejudice, and declined to exercise supplemental jurisdiction over her remaining state claims. Dkt. 56. Noting that this dismissal likely mooted the claims of Defendant and Cross-Claimant Jonathan Shiff, the Court instructed Shiff to respond by February 22 if he was still interested in pursuing his claims. That date has come and gone, but Shiff has not responded. Accordingly, his claims are **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: February 27, 2019

　　　　　　　　　　　　　　　　　　　_(signature)_
　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　Chief United States District Judge

- 1 -